UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MILLER,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>SCOTT FRAUENHEIM, WARDEN,<br><br>　　　　　Respondent. | Case No. CV 14-03229-PA (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered dismissing the Petition with prejudice.

Dated: May 21, 2016

　　　　　　　　　　　　　　　　　　　PERCY ANDERSON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE