JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MILLER,<br><br>          Petitioner,<br><br>       vs.<br><br>SCOTT FRAUENHEIM, WARDEN,<br><br>          Respondent. | Case No. CV 14-03229-PA (DTB)<br><br>**J U D G M E N T** |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is dismissed with prejudice.

Dated: May 21, 2016

                                                  PERCY ANDERSON
                                                  UNITED STATES DISTRICT JUDGE